

NUMBER 13-09-00100-CV AND 13-09-00231-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

INGRAM READYMIX, INC. AND
SOUTHERN CONTRACTING, INC.,                          Appellants,

v.

BENNETT, MARTIN, SOLKA AND
TORNO, INC., GOVIND & ASSOCIATES, INC., AND
W.R. GRACE & CO.-CONN.,                              Appellees.

On appeal from the 319th District Court
of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Garza and Vela
Memorandum Opinion Per Curiam**

Appellants, Ingram Readymix, Inc. and Southern Contracting, Inc.("SCI"), perfected

an appeal from a judgment entered by the 319th District Court of Nueces County, Texas,

in cause number 08-6125-G.   SCI, Bennett, Martin, Solka & Torno, Inc.("BMST"), and

Govind & Associates, Inc. ("Govind"), have filed a joint motion to dismiss with prejudice. SCI, BMST, and Govind have filed a joint motion to dismiss the appeal on grounds that they have resolved their disputes at mediation and request that this Court dismiss with prejudice all of the claims in this case asserted by SCI against BMST and Govind.

The Court, having considered the documents on file and the joint motion to dismiss with prejudice claims by SCI against BMST and Govind, is of the opinion that the motion should be granted. See TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED WITH PREJUDICE. In accordance with the agreement of the parties, costs are taxed against the party incurring same. See TEX. R. APP. P. 42.1(d). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

The appeal with respect to claims made by SCI against BMST and Govind is ordered SEVERED from the remainder of the appeal. The Clerk shall create Cause No. 13-09-00231-CV styled Southern Contracting, Inc. v. Bennett, Martin, Solka and Torno, Inc. and Govind & Associates, Inc. The remainder of the parties remain under this original cause number, 13-09-00100-CV.

PER CURIAM

Memorandum Opinion delivered
and filed this the 7th day of May, 2009.